

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR HUGO LOMELI,<br><br>Defendant. | Case No.: 01-CR-2901-W<br><br>**ORDER AUTHORIZING DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT** |

Good cause appearing therefor, the Court hereby authorizes and orders the U.S. Probation Office or U.S. Probation Officer Jorge Hernandez Bravo to disclose the defendant's Presentence Investigation Report ("PSR") to defense counsel Mani Dabiri by no later than 5 p.m. on July 5, 2011. The PSR shall remain confidential and be disclosed to no one other than defense counsel.

DATED: 7/1/11

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA